**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **DANNY ALLEN CYR,** | Case No. 11-52426 wsd |
| | Chapter 7 |
| Debtor(s). | Hon. Walter Shapero-D |
| _____/ | |

**TRUSTEE'S MOTION TO SELL COMMERCIAL REAL PROPERTY ON LAND CONTRACT FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

Trustee K. Jin Lim, by her attorneys Schneider Miller, P.C., says:

1. Danny Allen Cyr, the Debtor in this case, has offered to purchase the commercial real property commonly known as 209 E. Walled Lake Drive, Walled Lake, Michigan for the sum of $62,000.00 free and clear of liens and other interests plus interest at 5% per annum payable $1,000.00 monthly through October 2014 with a balloon payment for the balance due October 31, 2014. A proposed land contract is attached as Exhibit A to this motion.

2. Failing higher offers, the Trustee recommends the sale in the best interests of the estate.

3. Creditors Daniel Moss and Oakland County Treasurer may have liens against this property. In addition, Don Lilly and Loyedell Arnoir may have a legal interest in this property. According to Debtor, Mr. and Mrs. Lilly were vendors but have failed to tender a deed.

**WHEREFORE,** the Trustee prays for authority to sell the subject real property to Debtor Danny Cyr for the sum of $62,000.00 on the terms set forth in Exhibit A free and

clear of liens and interests failing higher offers.

                              SCHNEIDER MILLER, P.C.

Dated: September 9, 2011                /s/ Kenneth M. Schneider
                               By:   KENNETH M. SCHNEIDER (P-31963)
                                     Attorney for Trustee
                                     645 Griswold, Suite 3900
                                     Detroit, MI 48226
                                     (313) 237-0850
                                     kschneider@schneidermiller.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

**DANNY ALLEN CYR,**  Case No. 11-52426 wsd
   Chapter 7
   Debtor(s).  Hon. Walter Shapero-D
_____/

## *PROPOSED*
## ORDER CONFIRMING SALE OF COMMERCIAL REAL PROPERTY OR LAND CONTRACT FREE AND CLEAR OF LIENS AND OTHER INTERESTS

Notice of Trustee's Motion to Sell Commercial Real Property on Land Contract Free and Clear of Liens and Other Interests was served on all parties in interest together with notice of opportunity to inspect, bid, object or request a hearing. No objections or hearing requests were timely filed. The Trustee's motion is **GRANTED.**

The Trustee may convey the land and commercial building commonly known as 209 E. Walled Lake Road, Walled Lake, Michigan, to Danny Allen Cyr for the sum of $62,000.00 according to the terms of the proposed land contract attached as Exhibit A to the Trustee's Motion. All other liens and interests are transferred to proceeds.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**<u>SOUTHERN DIVISION</u>**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **DANNY ALLEN CYR,** | Case No. 11-52426 wsd |
| 209 E. Walled Lake Dr., Walled Lake, MI 48390 | Chapter 7 |
| ss #: xxx-xx-6357 | Hon. Walter Shapero-D |
| Debtor(s). | |
| _____/ | |

**NOTICE OF TRUSTEE'S MOTION TO SELL COMMERCIAL REAL PROPERTY ON
LAND CONTRACT FREE AND CLEAR OF LIENS AND OTHER INTERESTS
<u>AND NOTICE OF OPPORTUNITY TO BID, OBJECT OR REQUEST A HEARING</u>**

**TO: ALL PARTIES IN INTEREST**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Trustee K. Jin Lim has filed papers with the court entitled Trustee's Motion to Sell Commercial Real Property on Land Contract Free and Clear of Liens and Other Interests which says:

1. Danny Allen Cyr, the Debtor in this case, has offered to purchase the commercial real property commonly known as 209 E. Walled Lake Drive, Walled Lake, Michigan for the sum of $62,000.00 free and clear of liens and other interests plus interest at 5% per annum payable $1,000.00 monthly through October 2014 with a balloon payment for the balance due October 31, 2014. A proposed land contract is attached as Exhibit A to this motion.

2. Failing higher offers, the Trustee recommends the sale in the best interests of the estate.

3. Creditors Daniel Moss and Oakland County Treasurer may have liens against this property. In addition, Don Lilly and Loyedell Arnoir may have a legal interest in this property. According to Debtor, Mr. and Mrs. Lilly were vendors but have failed to tender a deed.

**WHEREFORE,** the Trustee prays for authority to sell the subject real property to Debtor Danny Cyr for the sum of $62,000.00 on the terms set forth in Exhibit A free and clear of liens and interests failing higher offers.

The property will be sold to the highest bidder on **October 6, 2011 at 3:00 p.m.** at the office of the undersigned counsel for trustee. The court may confirm the sale without a hearing unless objections or hearing requests are filed at court and served on the undersigned counsel for Trustee within twenty-one (21) days. For additional information, call Trustee's counsel.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

Respectfully Submitted,

Dated: September 9, 2011

By:    /s/ Kenneth M. Schneider
      KENNETH M. SCHNEIDER (P-31963)
      Attorney for Trustee
      645 Griswold; Suite 3900
      Detroit, MI 48226
      (313) 237-0850
      kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                       In Bankruptcy

**DANNY ALLEN CYR,**                       Case No. 11-52426 wsd
                                                    Chapter 7
       Debtor(s).                                Hon. Walter Shapero-D
_____/

## CERTIFICATE OF SERVICE

RE:     Trustee's Motion to Sell Commercial Real Property on Land Contract Free and Clear of Liens and Other Interests, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 9th day of September 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the L.B.R. 9014-1 Notice to the following non-ECF participants:

Donald Lilly                 Loyedell Arnoir
14615 - 62 Court N       1417 Mears
Lexahacher, FL 33470     Whitehall, MI 49461

and

ALL CREDITORS ON THE COURT'S MATRIX

                                              /s/ Kenneth M. Schneider
                                 By:    KENNETH M. SCHNEIDER (P-31963)
                                          Attorney for Trustee
                                          645 Griswold, Suite 3900
                                          Detroit, MI 48226
                                          (313) 237-0850
                                          kschneider@schneidermiller.com